# FLORIDA TRAFFIC CRASH REPORT

**HIGHWAY SAFETY & MOTOR VEHICLES**
**TRAFFIC CRASH RECORDS**
**NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537**

LONG FORM ☐  SHORT FORM [X]  UPDATE ☐
(Electronic Version)

| Date of Crash | Time of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|
| 07/Mar/2014 11:53 AM | 07/Mar/2014 11:53 AM | 07/Mar/2014 12:36 PM | 14-127352 | 84610634 |

## CRASH IDENTIFIERS

| County Code | City Code | County of Crash | Place or City of Crash | Within City Limits | Time Reported | Time Dispatched |
|---|---|---|---|---|---|---|
| 03 | 0 | HILLSBOROUGH | UNINCORPORATED H.C. | No | 07/Mar/2014 11:53 AM | 07/Mar/2014 11:56 AM |

| Time on Scene | Time Cleared Scene | Completed | Reason (if Investigation NOT Completed) | Notified By |
|---|---|---|---|---|
| 07/Mar/2014 12:14 PM | 07/Mar/2014 02:42 PM | Yes | | Law Enforcement |

## ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway | At Street Address# | At Lattitude and Longitude |
|---|---|---|
| MORRIS BRIDGE RD | | |

| At Feet | Or Miles | Direction | From Intersection With Street, Road, Highway | Or From Milepost # |
|---|---|---|---|---|
| | | | INTERSTATE 75 | |

| Road System Identifier | Type Of Shoulder | Type Of Intersection |
|---|---|---|
| 4 County | 1 Paved | 1 Not at Intersection |

## CRASH INFORMATION (Check if Pictures Taken) ☐

| light Condition | Weather Condition | Roadway Surface Condition | School Bus Related | Manner Of Collision |
|---|---|---|---|---|
| 1 Daylight | 2 Cloudy | 1 Dry | 1 No | 3 Angle |

| First Harmful Event Type | First Harmful Event | First Harmful Event Location | Within Interchange | First Harmful Event Relation to Junction |
|---|---|---|---|---|
| | 14 | 1 On Roadway | Yes | 1 Non.Junction |

| Contributing Circumstances: Road | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|
| 1 None | | |

| Contributing Circumstances: Environment | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|
| 1 None | | |

| Work Zone Related | Crash In Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|
| 2 Yes | 4 Activity Area | 3 Work on Shoulder or Median | 2 Yes | 1 No |

## VEHICLE (Check if Commercial) ☐

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 2 | 1 Vehicle in Transport | 1 No | AMZD96 | FL | 13/Jan/2015 | No | 5TDKK4CC8AS335473 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | TOYT | SIENNA | VN | GRY | Disabling | 7000 | Yes | FREDDIES BODY SHOP | Rotation |

| Insurance Company | Insurance Policy Number |
|---|---|
| DIRECT GENERAL INSURANCE | FLAD490076442 |

| Name of Vehicle Owner (Check Box If Business) ☐ | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|
| ALBERT D MCCLINTON | 4346 HUDDLESTONE DR | WESLEY CHAPEL FL | 33545-5234 |

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Vehicle Traveling: Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|
| West | MORRIS BRIDGE RD | 40 | 50 | 4 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| | | | |

| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | | |
|---|---|---|---|---|
| Haz. Mat. Release | Haz. Mat. Placard | Number | Class | |

| Motor Carrier Name | US DOT Number |
|---|---|
| Motor Carrier Address | City and State | Zip Code | Phone Number |

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Speciual Function of MV |
|---|---|---|---|---|---|
| | 2 Passenger Van | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 1 Straight Ahead | 3 Two-Way, Divided, Unprotected (painted >4 feet) Median | 1 Level | | 2 Collision with Non-Fixed Object | 14 Motor Vehicle in Transport |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second Sequence | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 77 Other, Explain in Narrative | 2 Collision with Non-Fixed Object / 14 Motor Vehicle in Transport | | | |

**EXHIBIT 1**

## VEHICLE (Check if Commercial) ☐

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg. | VIN |
|---|---|---|---|---|---|---|---|
| 1 | 1 Vehicle in Transport | 1 No | SE3 | OH | 28/Feb/2016 | No | 2FMDK3JC2ABA19053 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | FORD | EDGE | SW | BLK | Disabling | 7000 | Yes | NATIONAL TOWING | Rotation |

| Insurance Company | Insurance Policy Number |
|---|---|
| HOME OWNERS INSURANCE CO | 4672189800 |

HSMV 90010 S    Page 1 of 4    Official copy obtained through BuyCrash.com

## Crash Report

| Field | Value |
|---|---|
| Date of Crash | 07/Mar/2014 11:58 AM |
| Date of Report | 07/Mar/2014 11:53 AM |
| Invest. Agency Report Number | |
| HSMV Crash Report Number | |

### Vehicle Owner
- **Name of Vehicle Owner:** SUSAN K ERWIN
- **Current Address:** 6715 RIVERSIDE DR
- **City and State:** POWELL OH
- **Zip Code:** 43065

### Trailer One
| License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### Trailer Two
| License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### Vehicle Info
- **Vehicle Traveling Direction:** West
- **On Street, Road, Highway:** MORRIS BRIDGE RD
- **At Est. Speed:** 15
- **Posted Speed:** 50
- **Total Lanes:** 4

### Commercial Vehicle
- CMV Configuration:
- Cargo Body Type:
- Comm GVWR/GCWR:
- Trailer Type (trailer one):
- Trailer Type (trailer two):
- Area of Initial Impact: (diagram)
- Most Damaged Area: (diagram, 13)
- Haz. Mat. Release:
- Haz. Mat. Placard:
- Number:
- Class:
- Motor Carrier Name:
- US DOT Number:
- Motor Carrier Address:
- City and State:
- Zip Code:
- Phone Number:

### Vehicle Details
| Field | Value |
|---|---|
| Comm/Non-Commercial | |
| Vehicle Body Type | 16 (Sport) Utility Vehicle |
| Vehicle Defects (one) | 1 None |
| Vehicle Defects (two) | |
| Emergency Vehicle Use | 1 No |
| Special Function of MV | 1 No Special Function |
| Vehicle Maneuver Action | 10 Making U-Turn |
| Trafficway | 3 Two-Way, Divided, Unprotected (painted >4 feet) Median |
| Roadway Grade | 1 Level |
| Roadway Alignment | 1 Straight |
| Most Harmful Event | 2 Collision with Non-Fixed Object |
| Most Harmful Event Detail | 14 Motor Vehicle in Transport |
| Traffic Control Device For This Vehicle | 77 Other, Explain in Narrative |
| First (1) Sequence of Events | 2 Collision with Non-Fixed Object / 14 Motor Vehicle in Transport |
| Second (2) Sequence of Events | |
| Third (3) Sequence of Events | |
| Fourth (4) Sequence of Events | |

## PERSON RECORD

| Field | Value |
|---|---|
| Person# | 1 |
| Description | 1 Driver |
| Vehicle # | 1 |
| Name | SUSAN K ERWIN |
| Date of Birth | [redacted] |
| Sex | 2 Female |
| Phone Number | |
| Re-Exam | No |
| Address | 6715 RIVERSIDE DR |
| City | POWELL |
| State | OH |
| Zip Code | 43065 |
| Driver License Number | [redacted] |
| State | OH |
| Expires | 07/Mar/2014 |
| DL Type | 5 E/Operator |
| Req. End. | |
| Injury Severity | 4 Incapacitating |
| Ejection | 1 Not Ejected |
| Restraint System | 3 Shoulder and Lap Belt Used |
| Air Bag Deployed | 2 Not Deployed |
| Helmet Use | |
| Eye Protection | 3 Not Applicable |
| Seating Location Seat | 1 Left |
| Seating Location Row | 1 Front |
| Seating Location Other | 1 Not Applicable |
| Drivers Actions at Time of Crash (first) | 3 Failed to Yield Right.of.Way |
| Drivers Actions at Time of Crash (second) | |
| Driver Distracted By | 1 Not Distracted |
| Vision Obstruction | 1 Vision Not Obscured |
| Drivers Actions at Time of Crash (third) | |
| Drivers Actions at Time of Crash (fourth) | |
| Drivers Condition at Time of Crash | 1 Apparently Normal |
| Suspected Alcohol Use | 1 No |
| Alcohol Tested | 1 Test Not Given |
| Alcohol Test Type | |
| Alcohol Test Result | |
| BAC | |
| Suspected Drug Use | 1 No |
| Drug Tested | 1 Test Not Given |
| Drug Test Type | |
| Drug Test Result | |
| Source of Transport to Medical Facility | 2 EMS |
| EMS Agency Name or ID | TEMPLE TERRACE FD |
| EMS Run Number | F01-201400 |
| Medical Facility Transported To | TAMPA GENERAL HOSPITAL |

## PERSON RECORD

| Field | Value |
|---|---|
| Person# | 2 |
| Description | 1 Driver |
| Vehicle # | 2 |
| Name | ALBERT D MCCLINTON |
| Date of Birth | [redacted] |
| Sex | 1 Male |
| Phone Number | |
| Re-Exam | No |
| Address | 4346 HUDDLESTONE DR |
| City | WESLEY CHAPEL |
| State | FL |
| Zip Code | 33545 |
| Driver License Number | [redacted] |
| State | FL |
| Expires | 13/Jan/2017 |
| DL Type | 5 E/Operator |
| Req. End. | |
| Injury Severity | 3 Non-incapacitating |
| Ejection | 1 Not Ejected |
| Restraint System | 3 Shoulder and Lap Belt Used |
| Air Bag Deployed | 3 Deployed-Front |
| Helmet Use | |
| Eye Protection | 3 Not Applicable |
| Seating Location Seat | 1 Left |
| Seating Location Row | 1 Front |
| Seating Location Other | 1 Not Applicable |
| Drivers Actions at Time of Crash (first) | 1 No Contributing Action |
| Drivers Actions at Time of Crash (second) | |
| Driver Distracted By | 1 Not Distracted |
| Vision Obstruction | 1 Vision Not Obscured |
| Drivers Actions at Time of Crash (third) | |
| Drivers Actions at Time of Crash (fourth) | |
| Drivers Condition at Time of Crash | 1 Apparently Normal |
| Suspected Alcohol Use | 1 No |
| Alcohol Tested | 1 Test Not Given |
| Alcohol Test Type | |
| Alcohol Test Result | |
| BAC | |
| Suspected Drug Use | 1 No |
| Drug Tested | 1 Test Not Given |
| Drug Test Type | |
| Drug Test Result | |
| Source of Transport to Medical Facility | 1 Not Transported |
| EMS Agency Name or ID | |
| EMS Run Number | |
| Medical Facility Transported To | REFUSED TRANSPORT |

## WITNESSES

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| MICHAEL ALBERT HEBERT | 5842 AUDUBON MANOR BL | LITHIA | FL | 33547 |

## WITNESSES

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| WAYNALYN WOODS DESHIELDS | 20333 NATURES CORNER DR | TAMPA | FL | 33647 |

Official copy obtained through BuyCrash.com

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 07/Mar/2014 11:38 AM | 07/Mar/2014 11:53 AM | 04-057352 | 84619634 |

Case 1:16-cv-00874-CAM Document 1-3 Filed 05/26/16 Page 3 of 4 PageID #: 56

## WITNESSES

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| JON WILLIAM BERRY | 1620 S DOVER RD | DOVER | FL | 33527 |

## VIOLATIONS

| Person# | Name | Florida Statute Number | Charge | Citation |
|---|---|---|---|---|
| 1 | SUSAN K ERWIN | 316.1515 | IMPROPER/UNSAFE OR PROHIBITED U-TURN | A1T19UE |

## NARRATIVE

```
ID Number    Rank      Name              Troop / Post  Officer Agency        Phone Number    Date Created
5941         MASTER DEP D. LAJIC        TRAFFIC120    HILLSBOROUGH COUNTY SHERIFF 813-247-0600   Mar 07, 2014
```

Vehicle #1 (V1) was stopped on the right shoulder of westbound Morris Bridge Rd at the interchange area of Interstate 75. V1 had pulled behind her husband, who was operating a RV Motor Home. V2 was traveling west on Morris Bridge Rd, approaching the Interstate 75 interchange area (northbound exit/entrance ramp area).

There is active construction in this area and the median of Morris Bridge Rd was blocked off and lined with construction barrels. The driver of V1 and her husband decided to make a u-turn on Morris Bridge Rd to head back towards the northbound I-75 entrance ramp. The driver of V1 failed to yield the right of way to V2 when she proceeded back out onto Morris Bridge Rd to make her u turn. The driver of V2 had already began to slow down because the RV had made the u turn but was unable to avoid hitting V1. The front right of V2 struck the driver&apos;s side door area of V1.

The driver of V1 was transported to Tampa General Hospital for incapacitating injuries. The driver of V2 was sore from the airbag deployment and seatbelt. He declined medical transport. It has been determined that the driver of V1 is at fault in this crash and was cited for making an improper/unsafe u turn.

The driver of V2 stated he was driving down Morris Bridge Rd and saw a RV making a u turn and then the other car (V1) followed and turned in front of him at the last second.

The driver of V1 stated she did not remember what happened.

## REPORTING OFFICER

| ID/Badge # | Rank and Name | Department | Type of Department |
|---|---|---|---|
| 5941 | MASTER DEP D. LAJIC | HILLSBOROUGH COUNTY SHERIFF'S OFFICE | SO |

Official copy obtained through BuyCrash.com

| Date of Crash 07/Mar/2014 11:58 AM | Date of Report 07/Mar/2014 11:53 AM | Invest. Agency Report Number 04-0753-52 | HSMV Crash Report Number 84619634 |

Case 1:16-cv-00874-CAM   Document 1-3   Filed 05/26/16   Page 4 of 4  PageID #: 57



Official copy obtained through BuyCrash.com