## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS ERWIN, Individually and as Executor of the Estate of SUSAN ERWIN, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:16-cv-00874-GAM |
| v. | ) ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| FORD MOTOR COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, that all claims in the above-captioned action be dismissed with prejudice. Each party is to bear its own costs.

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **WHITE AND WILLIAMS LLP** |
| /s/Timothy E. Lengkeek | /s/Christian J. Singewald |
| **TIMOTHY E. LENGKEEK (#4116)** | **CHRISTIAN J. SINGEWALD (#3542)** |
| 1000 North King Street | 600 N. King Street, Suite 800 |
| Wilmington, Delaware  19801 | Wilmington, DE 19801 |
| 302-571-6605 | (302) 654-0424 |
| Attorney for Plaintiff | Attorney for Defendant, |
| | Ford Motor Company |

Dated:  April 17, 2018


IT IS SO ORDERED this _18 th_ day of April, 2018.

_____
J.